| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethic<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Magill, Frank J | 2. Court or Organization<br><br>Eighth Circuit Ct. of Appeals | 3. Date of Report<br><br>5/3/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>U.S. Senior Circuit Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination.  Date<br><br>○ Initial  ⦿ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>655 1st Ave. N., Suite 320<br><br>Fargo, ND 58102-4932 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Fargo Country Club (Honorary) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

RECEIVED MAY 9 | 48 PH '05

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Events Coordinated, Inc. |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magill, Frank J | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ADC Telecommunications, Inc. (ADCT) | A | Dividend | J | T | | | | | |
| 2. Alcatel (ALA) | A | Dividend | J | T | | | | | |
| 3. Bristol Myers Squibb | A | Dividend | J | T | Buy | 12/6 | J | | |
| 4. Burlington Resources, Inc. (BR) | A | Dividend | J | T | | | | | |
| 5. Cablevision Systems Corp. (CVC) | A | Dividend | J | T | | | | | |
| 6. Centerpoint Energy Inc. (CNP) | A | Dividend | J | T | Buy | 6/30 | J | | |
| 7. Community First Bankshares (CFBX) | A | Dividend | K | T | Sell | 4/26 | J | E | |
| 8. Duke Energy | A | Dividend | J | T | Buy | 4/12 | J | | |
| 9. Eli Lilly & Company (LLY) | A | Dividend | K | T | | | | | |
| 10. EMC Corp | A | Dividend | J | T | Buy | 12/6 | J | | |
| 11. EXXON Mobil | A | Dividend | J | T | Buy | 9/13 | J | | |
| 12. First Am. Prime Obliga MM Fund USBancorp, Piper Jaffrey | A | Interest | K | T | | | | | |
| 13. Ford Motor (FM) | A | Dividend | J | T | | | | | |
| 14. Hickory Tech Corp. (HTCO) | A | Dividend | J | T | | | | | |
| 15. Honeywell (HON) | A | Dividend | J | T | | | | | |
| 16. Intel (INTC), IRA (Filer) | A | Dividend | J | T | | | | | |
| 17. Intel (INTC), IRA (Filer) | A | Dividend | J | T | Sell | 12/6 | J | A | |
| 18. Johnson & Johnson (JNJ) | A | Dividend | J | T | Buy | 9/28 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$6,000    D = $5,001-$15,000    E = $15,001-$50,000
F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Magill, Frank J | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Krispy Kreme Doughnuts | A | Dividend | J | T | | | | | |
| 20. Medco Health Solutions | A | Dividend | J | T | | | | | |
| 21. Medtronic ( DT) cmn | A | Dividend | K | T | | | | | |
| 22. Merck & Co, Inc. | A | Dividend | J | T | | | | | |
| 23. Microsoft (MSFT) | C | Dividend | K | T | | | | | |
| 24. Monsanto Co (MON) | A | Dividend | J | T | | | | | |
| 25. Morgan Stanley Dean Witter (US Gov) Money Mkt (widely held) | A | Dividend | J | T | | | | | |
| 26. Morgan Stanley Dean Witter Liq Asset Fund (widely held) | A | Interest | J | T | | | | | |
| 27. Nextel Communications (NXTL) | A | Dividend | J | T | | | | | |
| 28. Nokia Corp. (NOK) | A | Dividend | J | T | | | | | |
| 29. Pfizer Inc. (PFE) | A | Dividend | K | T | | | | | |
| 30. Putnam OCT & Emerging Growth Fund (POEGX) | A | Dividend | J | T | | | | | |
| 31. US Government (MM) | A | Interest | J | T | | | | | |
| 32. Union Pacific Corp. (UNP) | A | Dividend | J | T | | | | | |
| 33. Visteon Corp. (Ford Motor spin-off) | A | Dividend | J | T | | | | | |
| 34. Wells Fargo & Co. | A | Dividend | K | T | | | | | |
| 35. Williams Cos. Inc. | A | Dividend | K | T | | | | | |
| 36. Xcel Energy (XEL) | A | Dividend | J | T | Buy | 10/26 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIO AL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part VII.

DSC (DiGI) was listed as an asset the last few years, but is no longer listed on my 2004 Rreport. It was purchased in 1996, but we no longer own this asset and do not recall when the sale was made.

Money Mkt widely held & Liquid Asset Fund has been removed from my 2004 Report as it is a duplicate. It is also shown as Morgan Stanley Dean Witter assets.

SIT Growth & Inc. Fund was sold in 2003, and should have been shown as a sale on my 2003 Report. We have removed it from my 2004 Report as we no longer own the asset.

Medco Health Solutions should have been shown on my 2003 Report as a spin-off from Merck & Co. on 8/19/03, and is now included on my 2004 Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date  5/3/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544